Núm. 7583.—DÍAZ, aplte. v. CORTE MUNICIPAL, aplda.—C.D. Humacao. Certiorari. Febrero 9, 1939.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

POR CUANTO, el único señalamiento de error es que:

"La Corte de Distrito de Humacao cometió error al resolver que eran apelables las resoluciones dictadas por la Corte Municipal de Caguas, cuya revisión se solicitaba en el certiorari, y erró asimismo, al desestimar dicha solicitud de certiorari por ese motivo."

Por cuanto, los hechos ocurridos en la corte municipal que dieron lugar al procedimiento de *certiorari* en la corte de distrito han sido relacionados ya en el caso de *Manrique* v. *Registrador*, 51 D.P.R. 787.

Por cuanto, las mismas cuestiones envueltas en el procedimiento de *certiorari* han sido resueltas ya por esta Corte en el dicho caso de *Manrique* v. *Registrador*, resultando en tal virtud más o menos académica la única cuestión resuelta por la corte de distrito en la resolución ahora apelada.

Por cuanto, la apelante en su alegato ha dejado de convencernos de la existencia del único error especificado, no siendo aplicable a los hechos de este caso la doctrina establecida en el caso de *Lothrop* v. *Casalduc*, 12 D.P.R. 142, único citado en su alegato, y no apareciendo que una investigación independiente por nosotros de la cuestión suscitada tendría fin práctico alguno,

Por tanto se confirma la resolución apelada que dictó la Corte de Distrito de Humacao en mayo 1, 1937.